No. 02–10893. MOORE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–10896. RITCHIE v. ROGERS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–10897. RIVERA-ROJANA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–10898. SEPULVADO v. CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–10899. McGILL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–10901. JONES v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 02–10902. LOPEZ-LOPEZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–10903. JAMES v. BOYETTE, CORRECTIONAL ADMINISTRATOR I, NASH CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 02–10904. McNEIL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–10905. MILLER v. NORTHRIDGE FAMILY PRACTICE MEDICAL GROUP ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–10906. ORTIZ v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–10909. NELSON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–10910. PETTY v. ENDICOTT, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–10912. BALDWIN v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied.